[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 21, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10150

_____

D. C. Docket No. 04-00007-CR-HL-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT B. ELLIS, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(July 21, 2005)

Before TJOFLAT, PRYOR and ALARCON[*], Circuit Judges.

PER CURIAM:

---

[*] Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

Appellant's sentence is **vacated** and the case is **remanded** for resentencing pursuant to the sentencing model set out in <u>United States v. Booker</u>, 543 U.S. __, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005). The mandate shall issue <u>instanter</u>. Opinion to follow. Appellant is admitted to bail on the same conditions on which he was admitted to bail pretrial.